Andrew J. Guzzo (HI-SBN 010586)
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813
Telephone: 808-543-1122
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| SOUKSAMLANE JERMAN, | ) Civil No. CV 17-00602 (JAO/WRP) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) **OF INDIVIDUAL CLAIMS** |
| v. | ) |
| EQUIFAX INFORMATION SERVICES, LLC; | ) |
| Defendant. | ) |

Plaintiff, Souksamlane Jerman, by counsel, hereby notifies the Court that she has reached a settlement with Defendant, Equifax Information Services, LLC, ("Equifax") of her individual claims that remain in this case and is presently working with Equifax to the necessary documents to effectuate the settlement. Within thirty (30) days or such other time period ordered by the Court, the parties will submit a stipulation of dismissal for entry by the Court.

Submitted on this 17th day of October, 2019.

Respectfully Submitted,

By: */s/ Andrew J. Guzzo*
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813
Telephone: 808-543-1122
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Andrew J. Guzzo*_____
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813
Telephone: 808-543-1122
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*