Andrew Joseph Guzzo (HI-SBN 010586)
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813
Telephone: (808) 543-1122
Email: aguzzo@kellyguzzo.com
*Counsel of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SOUKSAMLANE JERMAN, | ) | Civil Case No.: |
| | ) | 1:17-cv-00602-JAO-WRP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Souksamlane Jerman and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate that all claims of the Plaintiff against Equifax are hereby dismissed, with prejudice, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 18th day of November, 2019.

//

//

1

    */s/ Andrew Guzzo*
Andrew Joseph Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI  96813
Telephone: (808) 543-1122
Email: aguzzo@kellyguzzo.com

Attorney for Plaintiff
SOUKSAMLANE JERMAN


    */s/ Meryl W. Roper*
John C. Toro (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Email: mroper@kslaw.com
Email: jtoro@kslaw.com

Katherine M. Stein (*pro hac vice*)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Email: kstein@kslaw.com

Stuart T. Feeley, HI-SBN 4218-0
RUSH MOORE LLP
737 Bishop Street, Suite 2400
Honolulu, HI 86813
Telephone: (808) 521-0400
Email: sfeeley@rmhawaii.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

**APPROVED AND SO ORDERED:**



Jill A. Otake
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE; *Jerman v. Equifax Info. Servs., LLC*, Civil No. 17-00602-JAO-WRP